MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150
Attorneys for Defendant
JIMMY HATCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>JIMMY HATCHER,<br><br>  Defendant. | Case No.: 2:11 CR 0324 JAM<br><br>STIPULATION AND ORDER CONTINUING SENTENCING |

Defendant JIMMY HATCHER, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Jared Dolan, hereby stipulate and agree to continue the sentencing hearing in the above-captioned case from Tuesday, July 10 2012 at 9:30 a.m. to Tuesday, August 21, 2012 at 9:45 a.m. It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rules T4. The defense has recently received new information and records regarding Mr. Hatcher's medical condition and needs more time to review such records and provide additional information to the government in an effort to resolve the case. Settlement negotiations continue.

The parties further agree and stipulate that the time period from the filing of this Stipulation until August 21, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. §

1

PDF created with pdfFactory trial version www.pdffactory.com

3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: July 6, 2012      The CHASTAINE LAW OFFICE

By:   /s/ Michael Chastaine
     MICHAEL CHASTAINE
     Attorney for Jimmy Hatcher

Dated: July 6, 2012      BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Jared Dolan
     Jared Dolan
     Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday July 10, 2012 at 9:30 a.m. be continued to Tuesday August 21, 2012 at 9:45 a.m. and that the period from July 10, 2012 to August 21, 2012 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). The Court further finds that the interests of justice served by the exclusion of time granted herein outweigh the interests of the defendant and the public in a speedy trial.

Dated: 7/9/2012      /s/ John A. Mendez
     Judge John A. Mendez
     District Judge
     United States District Court

PDF created with pdfFactory trial version www.pdffactory.com